**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ZS PHARMA, INC. and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 22-1055-JLH |
| ZS PHARMA, INC. and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 23-1189-JLH |
| ZS PHARMA, INC. and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs, <br><br> v. <br><br> ASCENT PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 22-1099-JLH |

ME1 47665045v.1

| | |
|---|---|
| ZS PHARMA, INC. and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs, <br><br> v. <br><br> ASCENT PHARMACEUTICALS INC. AND HETERO DRUGS LTD., <br><br> Defendants. | C.A. No. 23-1188-JLH |
| ZS PHARMA, INC. and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs, <br><br> v. <br><br> MACLEODS PHARMACEUTICALS LTD. and MACLEODS PHARMA USA, INC., <br><br> Defendants. | C.A. No. 22-1100-JLH |
| ZS PHARMA, INC. and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs, <br><br> v. <br><br> MACLEODS PHARMACEUTICALS LTD. and MACLEODS PHARMA USA, INC., <br><br> Defendants. | C.A. No. 23-1190-JLH |

2

|  |  |
|---|---|
| ZS PHARMA, INC. and<br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | C.A. No. 22-1101-JLH |
| ZS PHARMA, INC. and<br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | C.A. No. 23-1191-JLH |

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE CONSOLIDATION AND COORDINATION, AND TO AMEND THE SCHEDULING ORDER**

WHEREAS, Plaintiffs ZS Pharma, Inc. and AstraZeneca Pharmaceuticals LP (collectively, "Plaintiffs") sued Defendants Lupin Limited and Lupin Pharmaceuticals, Inc., Ascent Pharmaceuticals Inc., Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc., and Sandoz Inc. (collectively, "Defendants") in August 2022 alleging infringement of certain Orange Book patents covering Lokelma® (C.A. No. 22-1055-JLH, C.A. No. 22-1099-JLH, C.A. No. 22-1100-JLH, and C.A. No. 22-1101-JLH), and these cases were later coordinated for scheduling and case administration through trial ("the Coordinated Litigations");

WHEREAS, the Court entered a single Scheduling Order in the Coordinated Litigations, which was later amended (*see, e.g.*, D.I. 28 *and* D.I. 77 in C.A. No. 22-1055-JLH);

WHEREAS, the Court held a single claim construction hearing for the Coordinated

3

ME1 47665045v.1

Litigations on January 30, 2024;

WHEREAS, Plaintiffs also sued in a second wave of cases in October 2023 alleging infringement of U.S. Patent No. 11,738,044 ("the '044 Patent") covering Lokelma® (C.A. Nos. 23-1188-JLH, 23-1189-JLH, 23-1190-JLH, 23-1191-JLH, and collectively, "the '044 Patent Litigations");

WHEREAS, Plaintiffs and Defendants have conferred and agreed that the Coordinated Litigations and the '044 Patent Litigations are related and will involve overlapping issues and discovery; and

WHEREAS, the parties agree that consolidation of the '044 Patent Litigations with the Coordinated Litigations would promote judicial efficiency and lead to an efficient resolution of the parties' disputes;

IT IS HEREBY STIPULATED, by the parties, and subject to the Court's approval that:

1.      The Coordinated Litigations and the '044 Patent Litigations shall be consolidated for all purposes into a single lead action, C.A. No. 22-1055-JLH, and all future filings in any of the Coordinated Litigations or the '044 Patent Litigations shall be made only in the consolidated lead action.  The case caption for the consolidated lead action shall be the following:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ZS PHARMA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED, et al.,<br><br>Defendants. | C.A. No. 22-1055-JLH (Consolidated) |

2.    Claim Construction:  All claim construction rulings issued by the Court from the claim construction hearing held on January 30, 2024 in the Coordinated Litigations shall apply equally to the '044 Patent Litigations and no new terms need be construed in the '044 Patent Litigations;

3.    Protective Order:  The protective order entered in the Coordinated Litigations (*see, e.g.*, D.I. 39 in C.A. No. 22-1055-JLH) shall apply equally to the '044 Patent Litigations;

4.    Scheduling Order:  The scheduling order entered in the Coordinated Litigations (*see, e.g.*, D.I. 28 *and* D.I. 77 in C.A. No. 22-1055-JLH) and all deadlines set forth therein shall apply equally to the '044 Patent Litigations.  In order to facilitate the consolidation of these cases as set forth herein, the parties have agreed to certain adjustments to the consolidated case schedule as follows:

| EVENT | Current Deadline | Proposed Deadlines |
|---|---|---|
| Plaintiffs identify up to 5 claims to assert from the '044 Patent | -- | March 1, 2024 |
| Plaintiff serves initial infringement contentions for the '044 Patent | -- | March 15, 2024 |

5

| EVENT | Current Deadline | Proposed Deadlines |
|---|---|---|
| Defendants serve initial invalidity contentions for the '044 Patent | -- | April 5, 2024 |
| Substantial Completion of Document Production | March 1, 2024 | April 18, 2024 |
| Motions to join/amend/supplement pleadings | April 5, 2024 | May 9, 2024 |
| Interim Status Report | February 16, 2024 | May 16, 2024 |
| Supplementation of ID of all accused products and infringement contentions | May 3, 2024 | June 6, 2024 |
| Supplementation of invalidity contentions | May 31, 2024 | June 27, 2024 |
| Close of fact discovery | June 28, 2024 | July 19, 2024 |
| Opening expert reports | July 26, 2024 | August 29, 2024 |
| Rebuttal expert reports | September 20, 2024 | October 17, 2024 |
| Reply expert reports | November 1, 2024 | November 21, 2024 |
| Close of expert discovery | December 13, 2024 | December 19, 2024 |
| Daubert Motions | January 15, 2025 | No Change |
| File Joint Proposed Pre-Trial Order | February 6, 2025 | No Change |
| Pretrial Conference | February 27, 2025 at 3pm | No Change |
| Five Day Bench Trial Begins | March 10, 2025 at 9:30am | No Change |
| 30-Month Stay Expiration | November 18, 2025 | No Change |

ME1 47665045v.1

Dated: February 16, 2024

McCarter & English, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com


Attorneys for Plaintiffs
ZS Pharma, Inc. and AstraZeneca
Pharmaceuticals LP



Abrams & Bayliss LLP

/s/ G. Mason Thomson
John M. Seaman (#3868)
April M. Ferraro (#6152)
G. Mason Thomson (#7006)
20 Montchanin Road, Suite 200
Wilmington, DE  19807
(302) 778-1000
seaman@abramsbayliss.com
ferraro@abramsbayliss.com
thomson@abramsbayliss.com

Attorneys for Defendants Macleods
Pharmaceuticals Ltd. and Macleods
Pharma USA, Inc.

Phillips McLaughlin & Hall, P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE  19806-4204
Telephone: (302) 655-4200
Facsimile:  (302) 655-4210
jcp@pmhdelaw.com
dab@pmhdelaw.com


Attorneys for Defendants Lupin Ltd., Lupin
Pharmaceuticals, Inc., and Defendant Sandoz
Inc.



Morris James LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com


Attorneys for Defendant Ascent
Pharmaceuticals Inc.


IT IS SO ORDERED this 23rd day of February , 2024.

The Honorable Jennifer L. Hall
United States District Judge

7