## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZS PHARMA, INC., et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) C.A. No. 22-1055-JLH ) (Consolidated) |
| LUPIN LIMITED, et al., | ) ) |
| *Defendants*. | ) ) ) ) |

### JOINT INTERIM STATUS REPORT

Pursuant to the amended Scheduling Order (D.I. 89), the parties provide this joint status update on the progress of discovery to date. Fact discovery is underway, with the parties' substantial completion of document production on May 16, 2024. There are currently no disputes requiring Court intervention at this time. The parties will reach out to the Court if any disputes arise that cannot be resolved through the meet and confer process, in accordance with the Court's discovery procedures. Counsel are available at the convenience of the Court.

1

DATED: May 22, 2024

| MCCARTER & ENGLISH, LLP | ABRAMS & BAYLISS LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ G. Mason Thomson* |
| Daniel M. Silver (#4758) | John M. Seaman (#3868) |
| Alexandra M. Joyce (#6423) | April M. Ferraro (#6152) |
| Renaissance Centre | G. Mason Thomson (#7006) |
| 405 N. King Street, 8th Floor | 20 Montchanin Road, Suite 200 |
| Wilmington, Delaware 19801 | Wilmington, DE 19807 |
| (302) 984-6300 | (302) 778-1000 |
| dsilver@mccarter.com | seaman@abramsbayliss.com |
| ajoyce@mccarter.com | ferraro@abramsbayliss.com |
| | thomson@abramsbayliss.com |

*Attorneys for Plaintiffs ZS Pharma, Inc. and AstraZeneca Pharmaceuticals LP*

*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.*

| PHILLIPS MCLAUGHLIN & HALL, P.A. | MORRIS JAMES LLP |
|---|---|
| */s/ John C. Phillips, Jr.* | */s/ Kenneth L. Dorsney* |
| John C. Phillips, Jr. (#110) | Kenneth L. Dorsney (#3726) |
| David A. Bilson (#4986) | Cortlan S. Hitch (#6720) |
| 1200 North Broom Street | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19806-4204 | Wilmington, DE 19801 |
| (302) 655-4200 | (302) 888-6800 |
| (302) 655-4210 | kdorsney@morrisjames.com |
| jcp@pmhdelaw.com | chitch@morrisjames.com |
| dab@pmhdelaw.com | |

*Attorneys for Defendants Lupin Ltd., Lupin Pharmaceuticals, Inc., and Sandoz, Inc.*

*Attorneys for Defendant Ascent Pharmaceuticals Inc.*